**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NORTHWEST LENDING GROUP, LTD. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PREMERA BLUE CROSS,<br><br>Defendants. | **Case No.** C07-5088<br><br>Minute Order<br><br>**Re: Reply and Noting Date** |

THIS matter comes to the court's attention on Defendant Premera's Motion for Summary Judgment noted for June 29, 2007.. Plaintiff's response (due no later than Monday June 25 pursuant to Local Rule 7(d)(3)) was not filed until the noting date, Friday June 29. Defendants filed a "Reply" on June 29 noting )and reasonably believing) that no response had been filed.

The court has reviewed the response filed by plaintiff, and in the exercise of the court's discretion will consider the response in spite of its untimeliness. In recognition of the mid-week holiday, the court will allow the defendant Premera until Tuesday, July 10 to file an amended reply. **The motion for summary judgment is to be renoted for Friday, July 13, 2007.**

Entered by Deputy Clerk, /s/*Kelly Miller*, this 2nd day of July, 2007.

ORDER
Page - 1